No. 54. CARBICE CORPORATION OF AMERICA v. AMERICAN PATENTS DEVELOPMENT CORP. ET AL. Submitted March 16, 1931. Decided April 13, 1931. The petition for a rehearing is granted limited to the question of the validity of patent No. 1,595,426. See ante, pp. 27, 420.

No. —, original. EX PARTE SMITH ET AL. Submitted March 23, 1931. Decided April 13, 1931. The motion for leave to file a petition for writ of mandamus is denied. Mr. Eliot C. Lovet for petitioners.

No. 24, original. EX PARTE MADDEN BROTHERS, INC. Submitted April 13, 1931. Decided April 20, 1931. On consideration of the motion for leave to file petition for writ of mandamus, and of the petition for writ of mandamus herein, it is ordered that a rule issue to the Honorable Joseph W. Molyneaux, Judge of the District Court of the United States for the District of Minnesota, returnable on Monday, May 18 next, to show cause why a writ of mandamus should not issue to him in accordance with the prayer of the petition. Mr. Abbot P. Mills on behalf of Mr. E. W. MacPherran for petitioner. See post, p. 807.